**DOCKETED**
OCT 0 6 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

04C 6435

| | |
|---|---|
| LAUREN WELLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. JUDGE PALLMEYER |
| vs. | ) |
| | ) |
| LOYOLA UNIVERSITY | ) MAGISTRATE JUDGE MASON |
| HEALTH SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT PURSUANT TO TITLE IX OF EDUCATION AMENDMENTS OF 1972

Plaintiff, LAUREN WELLER, (WELLER) by her attorneys, GAFFNEY & GAFFNEY, for her Complaint against Loyola University Health System, (LUHS), states:

1. This cause of action is brought pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, et seq. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

2. LUHS is an Illinois Corporation which operates the LUHS Program for Prehospital Medicine from the Loyola University Medical Center in Maywood, Cook County, Illinois.

3. Beginning on or about September 4, 2002, WELLER was a full-time vocational student within the LUHS Program for Prehospital Medicine at Loyola University Medical Center in Maywood, Cook County, Illinois, (Paramedic Training Program).

4. LUHS is a private, academic healthcare institution located at Loyola University Medical Center in Maywood, Cook County, Illinois. LUHS is an affiliated institution of higher education of Loyola University of Chicago, located in Chicago, Cook County, Illinois.

5. LUHS and Loyola University of Chicago conduct education programs and activities that receive Federal Financial Assistance as defined by 20 U.S.C. § 1681.

## COUNT I—SEXUAL HARRASSMENT

6. WELLER is female and Daniel R. Carlascio, EMS Instructor and Paramedic Program Director, is male.

7. WELLER was repeatedly subjected by Carlascio to conduct of a sexual nature which constitutes sexual harassment based upon her sex, female.

8. During her tenure as a student at the LUHS Program for Prehospital Medicine, WELLER was subjected to repeated and pervasive acts of sexual harassment by her EMS Instructor and Paramedic Program Director, Daniel R. Carlascio.

9. The conduct of Carlascio of a sexual nature committed upon WELLER because of her sex, female, was severe and pervasive so as to alter the conditions of her academic environment and thereby created a hostile academic environment.

10. Throughout WELLER'S tenure as a student at the LUHS Program for Prehospital Medicine, Daniel Carlascio was her EMS Instructor and Paramedic Program Director. Whether or not WELLER would pass or fail her academic training as a student was based upon the training, assistance, coaching and evaluation of Daniel R. Carlascio. Daniel R. Carlascio also engaged in *quid pro quo* sexual harassment in that he invited female students, including, but not limited to, WELLER into engaging in sexual activity. Female students that accepted his proposal to engage in sexual activity were provided preferential assistance, training, coaching and favorable evaluation which would lead to their successful completion of the paramedic training program. Carlascio requested that WELLER engage in sexual activity. WELLER rejected Carlascio's request to engage in sexual activity. As a result of WELLER'S refusal to engage in

sexual activity with Carlascio, Carlascio failed to provide WELLER with the assistance, training and coaching to assist WELLER in successfully completing the paramedic training program. Instead, Carlascio unfavorably evaluated WELLER'S performance as a student, openly harassed and criticized her in the classroom and refused to properly credit her work as a result of WELLER'S refusal to engage him in sexual activity.

11. WELLER provided notice that she was subjected to both a hostile academic environment and *quid pro quo* sexual harassment by Daniel R. Carlascio to "appropriate persons" as defined by 20 U.S.C. § 1682. Persons at LUHS that were placed on notice of WELLER'S allegations of sexual harassment included Christine J. Chaput, Assistant EMS System Coordinator; Maureen Niketopoulos, Manager, Emergency Medical Services; and, Mark E. Cichon, EMS Medical Director. As the EMS Program Director, Daniel R. Carlascio himself was an "appropriate person" as defined by 20 U.S.C. § 1682.

12. LUHS had prior notice of sexual harassment by Daniel R. Carlascio and was deliberately indifferent by failing to take corrective action to end the acts of Carlascio's sexual harassment.

13. As a result of Carlascio's acts of sexual harassment, WELLER'S enrollment as a student at the LUHS Program for Prehospital Medicine was terminated by Carlascio on or about May 5, 2003. But for the sexual harassment, WELLER would have successfully completed the LUHS paramedic training program.

## COUNT II—RETALIATION

14. After WELLER engaged in statutorily protected activity by notifying officials of LUHS that Carlascio was engaging in acts of sexual harassment, LUHS notified Carlascio and others of WELLER'S allegations. After Carlascio was put on notice that WELLER had made

allegations of sexual harassment against him, Carlascio engaged in retaliatory conduct which was intended to and resulted in WELLER'S dismissal as a student at the LUHS Program for Prehospital Medicine.

15. On May 5, 2003, Carlascio effectuated the dismissal of WELLER as a student at LUHS. WELLER'S dismissal is causally linked to WELLER'S opposition to sexual harassment and constitutes retaliation in violation of Title IX of Educational Amendments of 1972.

WHEREFORE, Plaintiff requests all legal and equitable relief that is available pursuant to Title IX including compensatory damages, make whole relief, punitive damages, attorney's fees and costs of suit.

_____
Glenn R. Gaffney, Attorney for Lauren Weller

## JURY DEMAND

Plaintiff demands trial by jury.

_____
Glenn R. Gaffney, Attorney for Lauren Weller

Glenn R. Gaffney
Justin R. Gaffney
GAFFNEY & GAFFNEY
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630) 462-1200
Attorney #6180598

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**04C 6435**

DOCKETED
OCT 0 6 2004

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| **Plaintiff(s):** LAUREN WELLER | **Defendant(s):** LOYOLA UNIVERSITY HEALTH SYSTEM |
|---|---|
| County of Residence: DuPage | County of Residence: Cook |
| Plaintiff's Atty: Glenn R. Gaffney<br>GAFFNEY & GAFFNEY<br>1771 Bloomingdale Road,<br>Glendale Heights, IL 60139<br>630-462-1200 | Defendant's Atty: Jill M. Rappis<br>General Counsel<br>2160 S. First Avenue,<br>Maywood, IL 60153 |

JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff: - N/A
  Defendant: - N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 440 Other Civil Rights

**VI. Cause of Action:** Title IX of the Education Amendment of 1972, 20 U.S.C. Section 1681 et. seq.

**VII. Requested in Complaint**
  Class Action: No
  Dollar Demand: No
  Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** [signature]

**Date:** 9/30/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the**

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm    9/30/04

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

LAUREN WELLER
V.
LOYOLA UNIVERSITY HEALTH SYSTEM

Case Number: 04C 6435



DOCKETED
OCT 6 2004

JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff-LAUREN WELLER

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: GLENN R. GAFFNEY | NAME: JUSTIN R. GAFFNEY |
| FIRM: GAFFNEY & GAFFNEY | FIRM: GAFFNEY & GAFFNEY |
| STREET ADDRESS: 1771 BLOOMINGDALE ROAD | STREET ADDRESS: 1771 BLOOMINGDALE ROAD |
| CITY/STATE/ZIP: Glendale Height, Il 60139 | CITY/STATE/ZIP: Glendale Heights, IL 60139 |
| TELEPHONE: 6304621200  FAX: 6304627698 | TELEPHONE: 6304621200  FAX: 6304627698 |
| E-MAIL: grgaffney@aol.com | E-MAIL: jgaff_cf1@yahoo.com |
| IDENTIFICATION NUMBER: 6180598 | IDENTIFICATION NUMBER: 6281428 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☑ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE  FAX | TELEPHONE  FAX |
| E-MAIL | E-MAIL |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

1-3